IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-93-046-CR




EX PARTE: KREG DARRELL ALLRED,



 APPELLANT



 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT



NO. 0924558, HONORABLE BOB PERKINS, JUDGE PRESIDING



 





PER CURIAM



 This is an appeal from an order of the trial court denying the relief sought in
appellant's writ of habeas corpus. Tex. R. App. P. 44.

 Appellant has filed a second motion to withdraw the appeal. No decision of this
Court has been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App.
P. 59(b).



[Before Chief Justice Carroll, Justices Aboussie and Jones]

Dismissed on Appellant's Second Motion

Filed: March 31, 1993

[Do Not Publish]